PROB 12C(E)
(04/08)

February 9, 2015
pacts id: 246443

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Darren David Chaker (English)     **Dkt No.:** 15CR07012-001-JM

**Reg. No.:** 32642-298

**Name of Sentencing Judicial Officer:**  The Honorable Nancy F. Atlas, U.S. District Judge for the Southern District of Texas.  Jurisdiction transferred to the Southern District of California on January 21, 2015, and assigned to The Honorable Jeffrey T. Miller, Senior U.S. District Judge.

**Original Offense:** Ct.1: 18 U.S.C. § 157(3), Bankruptcy Fraud, a Class C felony.

**Date of Sentence:** December 17, 2013

**Sentence:** 15 months' custody; 3 years' supervised release, both as to Ct.1  *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** September 19, 2014

**Asst. U.S. Atty.:** To be Determined     **Defense Counsel:**     To be Determined

**Prior Violation History:** None.

---

## PETITIONING THE COURT

## TO ISSUE A NO-BAIL BENCH WARRANT

PROB12C(E)
Name of Offender: Darren David Chaker
- Docket No.: 15CR07012-001-JM

February 9, 2015
Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|

**(Special Condition)**
The defendant may not stalk and/or harass other individuals, to include, but not limited to, posting personal information of others or defaming a person's character on the internet.

1. Mr. Chaker posted personal information of others and defamed Ms. Lessa Fazel's character on the internet on October 18, 19, and on December 1, and 11, 2014, and on January 5, 2015.

2. Mr. Chaker posted personal information of others and defamed Mr. Scott McMillan's character on the internet on December 3, 4, 5, and 8, 2014.

***Grounds for Revocation:*** As to allegation 1, on October 18, 2014, the Southern District of Texas (SD/TX), U.S. Probation Office received information from the U.S. Attorney's Office in the SD/TX that Mr. Chaker had posted on the Internet defaming and harassing information about Ms. Lessa Fazel, an investigator with the Nevada Office of the Attorney General. Mr. Chaker posted on the Internet that Ms. Fazel had committed perjury during her testimony at his pretrial revocation hearing. Ms. Fazel reported to the Federal Bureau of Investigations (FBI) that Mr. Chaker had implied that he had personal information about her, including information about her family members, and about her previous employment with Las Vegas Metropolitan Police Department. Mr. Chaker even went so far as to state that he had contacted her neighbors.

On January 22, 2015, Ms. Fazel reported to me that Mr. Chaker had continued posting harassing and defaming comments on blogs and other places on the Internet; she elaborated that these postings occurred on October 19, December 1, and 11, 2014, and on January 5, 2015. Ms. Fazel reported that she took Mr. Chaker's allegations of perjury very serious and would not want the false statements in the offender's online rants to ever compromise her credibility, or to jeopardize any cases on which she worked. Ms. Fazel interpreted the comments Mr. Chaker made about speaking to her neighbors, and that he had personal information about her family members to be implied threats. Ms. Fazel believes Mr. Chanker posted this information on the Google search engine intentionally as way of intimidation she noted he has previously done something similar with the blog he created about her, and with his numerous requests for Ms. Fazel's personal information. Ms. Fazel requested assistance to stop the offender's behavior from escalating. She further expressed concern that Mr. Chaker's behavior could become more dangerous, given his extensive history of stalking.

PROB12C(E)
Name of offender: Darren David Chaker                                   February 9, 2015
Docket No.: 15CR07012-001-JM                                                         Page 3

As to allegation 2, on December 8, 2014, the Southern District of Texas (SD/TX), U.S. Probation Office received information from the U.S. Attorney's Office in the SD/TX that Mr. Chaker had posted on the Internet defaming and harassing information on a second victim, Attorney Scott McMillan. Per the victim, Mr. Chaker published "false, scandalous and utterly libelous material" about the victim on various websites. On December 3, 2014, Mr. Chaker "spoofed" Mr. McMillan's email address, sending him an email from his own address; presumably, this was intended to let him know that the offender could send emails to others using Mr. McMillan's email address. On December 8, 2014, Mr. McMillan received a telephone call from an attorney who believed that his website had been hacked from an email uploaded from Mr. Chaker on December 6, 2014. The email that was uploaded was linked to content that accuses Mr. McMillan of molesting his own daughter. On January 27, 2015, I made contact with Mr. McMillan to inquire as to whether Mr. Chaker had posted any more defaming and/or harassing material. He reported that he no longer goes to the offender's blogs/postings because Mr. Chaker monitors who visits the sites. Mr. McMillan reports that the offender is trying to dissuade him to no longer represent two of his ex-girlfriends in ongoing civil cases.

Mr. McMillan reported that Mr. Chaker's modus operandi has been to try and get individuals to do what he wants through the use of harassing and defaming tactics. The defaming information about Mr. McMillan molesting his daughter has reportedly caused a great deal of turmoil for him.

## VIOLATION SENTENCING SUMMARY

### JUSTIFICATION FOR BENCH WARRANT

Mr. Chaker's ongoing harassment and defamation of people on the Internet constitutes a blatant disregard for the Court's orders, and justifies a no-bail bench warrant. The offender's extensive history of harassment via social media, his documented defamation of people's character online, his propensity for violence and the alleged noncompliance described herein, are all sources of great concern for the safety of the community, and especially those that the offender has maliciously targeted.

### RECOMMENDATION

Mr. Chaker is on supervised release for providing false and fraudulent testimony, under oath during his bankruptcy proceedings. While on U.S. Pretrial Services supervision, he violated his terms by failing to disclose to the U.S Pretrial Service and the Court the fact that he procured a U.S. Passport using the alias "D. David Hunter." Records describe the offender as a "computer hacker" that defames peoples' character online. Mr. Chaker has breached the trust of the Court and should be held accountable for his actions. It is concerning that, despite being specifically told by the federal judge at his sentencing that upon his release he was not to engage in harassment or stalking behavior, he immediately reverted to exactly that. A no-bail bench warrant is requested for the purpose of preventing any more harassment and/or defamation of the victims.

PROB12C(E)

Name of Offender: Darren David Chaker
Docket No.: 15CR07012-001-JM

February 9, 2015
Page 4

It is noted that the U.S. Probation Officer supervising this offender will be amending this petition expeditiously in order to provide the Court with the Violation Worksheet and information thoroughly covering the offender's supervision adjustment, personal history and characteristics, sentencing options, and the sentencing recommendation.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on:  February 9, 2015

Respectfully submitted:
DAVID J. SULTZBAUGH
CHIEF PROBATION OFFICER

Reviewed and approved:

by

Carlos Hernández
Senior U.S. Probation Officer
(619) 446-3541

Sean Quintal
Supervising U.S. Probation Officer

PROB12C(E)

Name of offender: Darren David Chaker

Docket No.: 15CR07012-001-JM

February 9, 2015

Page 5

## THE COURT ORDERS:

_____ A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

FEBRUARY 17, 2015, AT 9:30A.M., IN COURTROOM 14A, 333 W. BROADWAY, SAN DIEGO, CA, 92101,

✓ THE ISSUANCE OF A SUMMONS ORDERING THE OFFENDER TO APPEAR BEFORE THE COURT ON ~~???, AT ???~~, TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED.

_____ Other _____

_____

The Honorable Jeffrey T. Miller
Senior U.S. District Judge

2-10-15
Date