

**FILED**
Jan 12 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ AKR   DEPUTY

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 12 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DARREN DAVID CHAKER, AKA Darren Del Nero, AKA Darrin Shackler, <br><br> Defendant - Appellant. | No. 16-50398 <br><br> D.C. No. 3:15-cr-07012-LAB-1 <br> U.S. District Court for Southern California, San Diego <br><br> **MANDATE** |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DARREN DAVID CHAKER, AKA Darren Del Nero, AKA Darrin Shackler, <br><br> Defendant - Appellant. | No. 16-50443 <br><br> D.C. No. 3:15-cr-07012-LAB-1 <br> U.S. District Court for Southern California, San Diego |
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> DARREN DAVID CHAKER, AKA | No. 17-50119 <br><br> D.C. No. 3:15-cr-07012-LAB-1 <br> U.S. District Court for Southern California, San Diego |

Darren Del Nero, AKA Darrin Shackler,

Defendant - Appellant.

The judgment of this Court, entered December 21, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 21 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 16-50398 |
| --- | --- |
| Plaintiff-Appellee, | 16-50443 |
| | 17-50119 |
| v. | D.C. No. |
| | 3:15-cr-07012-LAB-1 |
| DARREN DAVID CHAKER, AKA Darren Del Nero, AKA Darrin Shackler, | Southern District of California, San Diego |
| Defendant-Appellant. | ORDER |

Before: TASHIMA, PAEZ, and IKUTA, Circuit Judges.

Appellee's unopposed motion to dismiss these consolidated appeals as moot (Docket Entry No. 28) is granted. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**

SLL/MOATT